IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DARRELL C. BLOOMQUIST, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF UTAH THIRD JUDICIAL DISTRICT COURT, <br><br> Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION** <br><br> Case No. 2:16-CV-34-DN-PMW <br><br> District Judge David Nuffer |

The Report and Recommendation[1] issued by United States Magistrate Judge Paul M. Warner on September 16, 2016 recommends that Defendants' motions to dismiss[2] be granted and Plaintiff's complaint be dismissed with prejudice.

The parties were notified of their right to file objections to the Report and Recommendation within 14 days of service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. No party filed written objections to the Report and Recommendation as provided by rules of court. Therefore, the analysis and conclusion of the Magistrate Judge are accepted and

IT IS HEREBY ORDERED that the Report and Recommendation[3] is ADOPTED and the above-captioned case is DISMISSED with prejudice. The Clerk shall close the case.

Signed October 11, 2016.

BY THE COURT

_____
District Judge David Nuffer

---

[1] Docket no. 32, entered Sept. 16, 2016.

[2] Defendant's-Salt Lake County-Motion to Dismiss Complaint With Prejudice, docket no. 6, filed Feb. 19, 2016; State Defendants' Motion to Dismiss, docket no. 9, filed February 29, 2016.

[3] Docket no. 32, entered Sept. 16, 2016.